**Affirmed as Modified, and Opinion Filed July 31, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00220-CV

## IN THE INTEREST OF J.J.R., A MINOR CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-22183**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

Maternal Grandfather appeals the trial court's order in a suit to modify the parent-child relationship. The State of Texas, represented by the Office of the Attorney General of Texas, was an intervenor in the trial court and filed a brief responding to this appeal. Father and Mother did not file briefs responding to this appeal.

In one issue, Maternal Grandfather argues the trial court abused its discretion when it ordered him to pay child support to Father. The State responds that it concedes error. Section 154.001(a) of the Texas Family Code states, in part, "[t]he court may order either or both parents to support a child in the manner specified by the order." TEX. FAM. CODE ANN. § 154.001(a) (West 2014). A grandparent or other person deemed by the court to have had substantial past contact with the child may intervene in a suit, but these non-parents are not subject to a duty of support. *See In re J.W.T.*, 872 S.W.2d 189, 194 n.16 (Tex. 1994); *Stroud v. Stroud*, 733 S.W.3d

619, 621 (Tex. App.—Dallas 1987, no writ) (individual may be ordered to pay for support of child only if it is determined that parent-child relationship exists between individual and child in question); *Mata v. Moreno*, 601 S.W.2d 58, 59 (Tex. Civ. App.—Houston [1st Dist.] 1980, no writ). Accordingly, we conclude the trial court erred when it ordered Maternal Grandfather to pay child support.

Maternal Grandfather's sole issue on appeal is decided in his favor.

The trial court's order in a suit to modify the parent-child relationship is modified to delete Maternal Grandfather's obligation to pay child support and the order is affirmed as modified.

/Douglas S. Lang/

DOUGLAS S. LANG

160220F.P05                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.J.R., A MINOR
CHILD,

No. 05-16-00220-CV        V.

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-08-22183.
Opinion delivered by Justice Lang. Justices
Fillmore and Schenck participating.


In accordance with this Court's opinion of this date, the trial court's order in a suit to modify the parent-child relationship is **MODIFIED** as follows:

Appellant Joel Rizzo's obligation to pay child support is deleted

It is **ORDERED** that, as modified, the trial court's order in a suit to modify the parent-child relationship is **AFFIRMED**.

It is **ORDERED** that appellant Joel Rizzo recover his costs of this appeal from appellees Dustin Rhodes and Farrah Ann Bonnot.


Judgment entered this 31st day of July, 2017.